IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:26-139 |
| | ) | 18 U.S.C. § 871(a) |
| v. | ) | 18 U.S.C. § 876(c) |
| | ) | |
| | ) | |
| | ) | |
| ERIC ANTHONY ROME | ) | INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

On or about January 6, 2026, in the District of South Carolina, Defendant ERIC ANTHONY ROME, did knowingly and willfully make a threat to take the life of and to inflict bodily harm upon the President of the United States, in that he did send a letter from the Kirkland Correctional Institution in Columbia, South Carolina, to the International Fellowship of Christians and Jews in Chicago, Illinois, stating substantially as follows:

> *For several years I've kept track of you, [Y.E.], and all of the work you do at the IFCJ [International Fellowship of Christians and Jews]. You have quite the scam going on there. I mean, you and your people have been screwing hard working people out of they're money for years. All in the name of "Christian Zionism." Your organization is more like "Jew Sucking Christians Dry", J.S.C.D. How come it never goes the other way with your fellowship? Why is it you believe Christians are obligated to support Jews and never the other way around? I mean, I've never seen the I.F.C.J. raise money for the Christians in Armenia, who have suffered through actual genocide (as opposed to a fabricated genocide like the Holohoax) for decades? Or why not raise funds to help the Christians being slaughtered in Algeria? No, for you and yours its all about misrepresenting the Bible to feeble minded Christians in order to swindle them. How much of the money you raise is funding your genocidal takeover of Gaza? You know, kikes really are Satan's brood (John 8:44). I see the images of all the murders the IDF is committing, all the children that Israel is intentionally starving, and it makes*

*me sick. But hey, it's not a problem for you, is it? I mean, what are a few dead Goy to God's chosen people? Your ideology, your persona, is a crock of shit. Jews are satanic scum, less than human. I wish I could say "Well at least America has nothing to do with your kind," but Mossad has they're hands so far up Donald Trump's ass, its hard to know where he ends and Israel begins. Not to mention the fact that a quarter of Congress has dual citizenship with Israel and A.I.P.A.C. runs the place. But we, the Aryan Brotherhood, and a few associates (ex-Iranian Revolutionary Guard Corps here in the states) are not going to sit idle. We have been mapping out the I.F.C.J. and will begin hunting you down. We are going to capture [Y.E.] and video her decapitation. We're going to kill you as well Bishop. You can take that to the bank! After all, I know how much you people love banks. We are also going to shoot Ambassador Mike Huckabee and his daughter, Sarah. These are guarantees!*

*Enjoy having Trump in office while you can because we are going to kill him too.*

*RA-HO-WA.*

*Eric Rome*

[All misspellings and grammatical errors in original.]

In violation of Title 18, United States Code, Section 871(a).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

On about January 6, 2026, in the District of South Carolina, Defendant ERIC ANTHONY ROME, did knowingly deposit and cause to be delivered a communication addressed to another person containing a threat to injure the person of the addressee and of another, in that he did send a letter from the Kirkland Correctional Institution in Columbia, South Carolina, to Bishop [P.L.] at the International Fellowship of Christians and Jews in Chicago, Illinois, stating substantially as follows:

> *For several years I've kept track of you, [Y.E.], and all of the work you do at the IFCJ [International Fellowship of Christians and Jews]. You have quite the scam going on there. I mean, you and your people have been screwing hard working people out of they're money for years. All in the name of "Christian Zionism." Your organization is more like "Jew Sucking Christians Dry", J.S.C.D. How come it never goes the other way with your fellowship? Why is it you believe Christians are obligated to support Jews and never the other way around? I mean, I've never seen the I.F.C.J. raise money for the Christians in Armenia, who have suffered through actual genocide (as opposed to a fabricated genocide like the Holohoax) for decades? Or why not raise funds to help the Christians being slaughtered in Algeria? No, for you and yours its all about misrepresenting the Bible to feeble minded Christians in order to swindle them. How much of the money you raise is funding your genocidal takeover of Gaza? You know, kikes really are Satan's brood (John 8:44). I see the images of all the murders the IDF is committing, all the children that Israel is intentionally starving, and it makes me sick. But hey, it's not a problem for you, is it? I mean, what are a few dead Goy to God's chosen people? Your ideology, your persona, is a crock of shit. Jews are satanic scum, less than human. I wish I could say "Well at least America has nothing to do with your kind," but Mossad has they're hands so far up Donald Trump's ass, its hard to know where he ends and Israel begins. Not to mention the fact that a quarter of Congress has dual citizenship with Israel and A.I.P.A.C. runs the place. But we, the Aryan Brotherhood, and a few associates (ex-Iranian Revolutionary Guard Corps here in the states) are not going to sit idle. We have been mapping out the I.F.C.J. and will begin hunting you down. We are going to capture [Y.E.] and video her decapitation. We're going to kill you as well Bishop. You can*

*take that to the bank! After all, I know how much you people love banks. We are also going to shoot Ambassador Mike Huckabee and his daughter, Sarah. These are guarantees!*

*Enjoy having Trump in office while you can because we are going to kill him too.*

*RA-HO-WA.*

*Eric Rome*

[All misspellings and grammatical errors in original.]

In violation of Title 18, United States Code, Section 876(c).

A  TRUE  BILL

~~FOREPERSON~~

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Winston D. Holliday, Jr. (Fed. ID No. 07597)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: (803) 929-3000
Fax: (803) 254-2912
Winston.holliday@usdoj.gov